Jerry W. Barnett, Choctaw, OK, pro se.

### ORDER

The petitioner having failed to pay the docketing fee required by Federal Circuit Rule 52(a)(1) and to file the required Statement Concerning Discrimination, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

**Lawrence P. OLSTER, Petitioner,**

v.

**DEPARTMENT OF VETERANS AFFAIRS, Respondent.**

No. 04–3182.

United States Court of Appeals, Federal Circuit.

May 6, 2004.

P. J. Baunach, Principal Attorney, Bryant G. Snee, Michael N. Cohen, of Counsel, Department of Justice, Washington, DC, for Respondent.

Scott E. Schermerhorn, Principal Attorney, Scranton, PA, for Petitioner.

Lawrence P. Olster, of Counsel, Moosic, PA, pro se.

### ORDER

The petitioner having failed to file the required Statement Concerning Discrimination, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

**Troy S.W. ERICKSON, Petitioner,**

v.

**DEPARTMENT OF THE INTERIOR, Respondent.**

No. 04–3183.

United States Court of Appeals, Federal Circuit.

May 6, 2004.

Kenneth D. Woodrow, Principal Attorney, Robert E. Kirschman, Jr., Michael N. Cohen, Of Counsel, Washington, DC, for Respondent.

Lawrence A. Berger, Principal Attorney, Mahon & Berger, Garden City, NY, for Petitioner.

### ORDER

The petitioner having failed to pay the docketing fee required by Federal Circuit Rule 52(a)(1) and to file the required Statement Concerning Discrimination, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

Margarita C. RODRIGUEZ, Petitioner,

v.

DEPARTMENT OF VETERANS AFFAIRS, Respondent.

No. 04–3187.

United States Court of Appeals, Federal Circuit.

May 6, 2004.

Matthew P. Reed, Principal Attorney, Mark A. Melnick, Michael N. Cohen, of Counsel, Washington, DC, for Respondent.

Margarita C. Rodriguez, Santa Ana, CA, pro se.

## ORDER

The petitioner having failed to pay the docketing fee required by Federal Circuit Rule 52(a)(1) and to file the required Statement Concerning Discrimination, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

Maria P. COSME–GARCIA, Claimant–Appellee,

v.

Anthony J. PRINCIPI, Secretary of Veterans Affairs, Respondent–Appellant.

Gregorio D. Rinon, Claimant–Appellee,

v.

Anthony J. Principi, Secretary of Veterans Affairs, Respondent–Appellant.

Nos. 03–7080, 03–7220.

United States Court of Appeals, Federal Circuit.

May 6, 2004.

Martin F. Hockey, Jr., Principal Attorney, Michael N. Cohen, of Counsel, Department of Justice, Washington, DC, for Respondent–Appellant.

Kenneth M. Carpenter, Principal Attorney, Carpenter, Chartered, Topeka, KS, Kathy A. Lieberman, of Counsel, Lieberman & Mark, Washington, DC, for Claimant–Appellee.

Before SCHALL, GAJARSA, and PROST, Circuit Judges.